

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2015

No. 04-15-00636-CV

John E. **VOGT** and Nelda L. Vogt,
Appellants

v.

**MARIN REAL ESTATE PARTNERS**, Et al.,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 06-150
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On November 13, 2015, we ordered appellants to show cause in writing by December 3, 2015 why this appeal should not be dismissed for lack of jurisdiction. We also suspended all appellate deadlines pending our determination of whether we have jurisdiction over this appeal. On December 2, 2015, Appellants filed a motion for extension of time to file their written response. We GRANT the motion and ORDER appellants to file any written response by January 15, 2016. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court